# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00178-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VICTOR GABELO-MENDOZA,
    a/k/a Aurelio Hernandez,
    a/k/a Auralio Hernandez,
    a/k/a Gauelo Mendoza-Arteaga,
    a/k/a Bauelo Mendoza-Arteaga,
    a/k/a Ramon Sotelo-Escoto,
    a/k/a Ramon Soleto-Escoto,
    a/k/a Ramon Aurelio-Hernandez,
    a/k/a Ramon Aurilio-Hernandez,
    a/k/a Ramon Aurlio-Hernandez,
    a/k/a Ramon Hernandez,
    a/k/a Victor Gabelo Mendoza-Arteaga,
    a/k/a Victor Gavelo Mendoza-Arteaga,
    a/k/a Victoriano Mendoza,
    a/k/a Victor Garelo,
    a/k/a Victor Mendoza,
    a/k/a Marco A. Ruiz-Laines,
    a/k/a Marco A. Ruiz,
    a/k/a Marco A. Laines,
    a/k/a Marco A. Ruis Laines,
    a/k/a Victor Gobelo-Mendoza,
    a/k/a Victoriano Gavelo-Mendoza,
    a/k/a Gabelo Victoriano Mendoza Arteaga,
    a/k/a Gavelo Victoriano Mendoza-Arteaga,

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the change of plea hearing

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

previously set for July 8, 2010, is **VACATED** and is **CONTINUED** to **September 3, 2010**, at 1:30 p.m.  That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated:  May 6, 2010