**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00178-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VICTOR GABELO-MENDOZA,
    a/k/a Aurelio Hernandez,
    a/k/a Auralio Hernandez,
    a/k/a Gauelo Mendoza-Arteaga,
    a/k/a Bauelo Mendoza-Arteaga,
    a/k/a Ramon Sotelo-Escoto,
    a/k/a Ramon Soleto-Escoto,
    a/k/a Ramon Aurelio-Hernandez,
    a/k/a Ramon Aurilio-Hernandez,
    a/k/a Ramon Aurlio-Hernandez,
    a/k/a Ramon Hernandez,
    a/k/a Victor Gabelo Mendoza-Arteaga,
    a/k/a Victor Gavelo Mendoza-Arteaga,
    a/k/a Victoriano Mendoza,
    a/k/a Victor Garelo,
    a/k/a Victor Mendoza,
    a/k/a Marco A. Ruiz-Laines,
    a/k/a Marco A. Ruiz,
    a/k/a Marco A. Laines,
    a/k/a Marco A. Ruis Laines,
    a/k/a Victor Gobelo-Mendoza,
    a/k/a Victoriano Gavelo-Mendoza,
    a/k/a Gabelo Victoriano Mendoza Arteaga,
    a/k/a Gavelo Victoriano Mendoza-Arteaga,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 19, 2011, the court conducted a telephonic setting conference to

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

reset the sentencing hearing in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **May 6, 2011**, commencing at 2:30 p.m., the court shall conduct a sentencing hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  January 19, 2011